# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Candace D. Mitchell,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:21-cv-484

Judge Michael H. Watson

Chief Magistrate Judge Preston Deavers

## ORDER

On February 4, 2021, Chief Magistrate Judge Preston Deavers issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's application for leave to proceed in forma pauperis. R&R, ECF No. 3. The R&R notified Plaintiff of her right to object and of the consequences for failing to do so. *Id.* at 3–4. Specifically, the R&R warned Plaintiff that a failure to timely object would result in the waiver of the right to *de novo* review by the Undersigned as well as a right to appeal the decision of the Undersigned adopting the R&R. The time for objecting has passed, and Plaintiff filed none. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's application to pay the filing fee.

Plaintiff is **DIRECTED** to pay the filing fee within thirty days, or the Court will dismiss this case for lack of prosecution.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT